ACCEPTED
12-15-00134-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/19/2015 11:31:46 AM
Pam Estes
CLERK

NO. 12-15-00134-CV

IN THE COURT OF APPEALS

12TH DISTRICT

TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/19/2015 11:31:46 AM
PAM ESTES
Clerk

JOHNNY PEEVY

*Appellant*

VS.

ROY GENE BUTLER

*Appellee*

ON APPEAL FROM THE 241ST JUDICIAL DISTRICT COURT OF

SMITH COUNTY, TEXAS, TRIAL COURT NO. 14-1354-C

BRIEF OF APPELLEE

LAW OFFICE OF RONNIE HORSLEY, P.C.
Attorney for Appellee, Roy Gene Butler

RONNIE HORSLEY
P.O. Box 7017
Tyler, TX 75711
Telephone: (903) 593-7314
Facsimile: (903) 593-3450
Email: horsleylaw@tyler.net
State Bar No. 10014000

ORAL ARGUMENT WAIVED

# TABLE OF CONTENTS

PAGE

STATEMENT OF THE CASE .................................................2

ISSUES PRESENTED......................................................2

STATEMENT OF FACTS....................................................2

ARGUMENTS.............................................................2

CONCLUSION AND PRAYER.................................................2

## STATEMENT OF THE CASE

Appellee, Roy Gene Butler ("Butler") agrees with the statement of the case submitted by Appellant.

## ISSUES PRESENTED

Appellee, Butler agrees that the issues numbered (1) one and (2) two by the Appellant correctly states the issues before the court.

## STATEMENT OF FACTS

Appellee, Butler agrees essentially with the statement of facts and agrees that no record was made of a hearing on evidence regarding attorney's fees and Appellee, Butler agrees that the post judgment interest rate in effect at the time of the judgment complained of would be 5% per annum.

## ARGUMENT

Appellee, Butler offers no argument.

## CONCLUSION AND PRAYER

Appellee Butler agrees that it will be appropriate that this judgment be remanded to the trial court in part in order that evidence can be produced in support of Butler's reasonable attorney's fee and that such costs and fees bear interest at the legal rate of 5% per annum thereafter.

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2015, a copy of the foregoing was mailed by certified mail, return receipt requested, to the following:

John F. Berry
Attorney at Law
100 Independence Place, Suite 400
Tyler, TX 75703

/s/ Ronnie Horsley
RONNIE HORSLEY